UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

July 15, 2014
BCO-101-E

No. 14-3063

ARROWPOINT CAPITAL CORP.,
Appellant

v.

ARROWPOINT ASSET MANAGEMENT, LLC; ARROWPOINT PARTNERS GP, LLC; ARROWPOINT PARTNERS GP2, LLC; ARROWPOINT FUNDAMENTAL OPPORTUNITY FUND, LP; ARROWPOINT STRUCTURED OPPORTUNITY FUND, LP

(D. Del. No. 1-10-cv-00161)

Present: VANASKIE, Circuit Judge

1. Motion by Appellant Arrowpoint Capital Corp to Expedite the Appeal with proposed briefing schedule as follows:

    Appellant's Opening Brief due 14 days from the date of the order granting the motion to expedite;

    Appellee's Brief due 14 days from the date of filing of Appellant's brief;

    Appellant's Reply Brief due 7 days from the date of filing of Appellee's brief;

2. Response by Appellees in Opposition to the Motion to Expedite.

Respectfully,
Clerk/JK

_____ORDER_____

The foregoing Motion by Appellant Arrowpoint Capital Corp to Expedite the Appeal is denied. The Appellant has failed to set forth an "exceptional reason that warrants expedition." 3d Cir. L.A.R. 4.1. Further, the appellant has not shown "good cause" in the form of "a right under the Constitution of the United States or a Federal Statute [that] would be maintained in a factual context that indicates that a request for expedited consideration has merit." 28 U.S.C.A. § 1657(a).

By the Court,

s/Thomas I. Vanaskie
Circuit Judge

Dated:    July 16, 2014
JK/cc: Corby C. Anderson, Esq.
      Michael W. Arrington, Esq.
      Jaclyn H. Grodin, Esq.
      Lewis D. Prutzman, Esq.
      Robert W. Whetzel, Esq.