No. 14-3063

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

**ARROWPOINT CAPTIAL CORP., A DELAWARE CORPORATION,**

*Plaintiff-Appellant,*

v.

**ARROWPOINT ASSET MANAGEMENT, LLC; ARROWPOINT PARTNERS GP, LLC; ARROWPOINT PARTNERS GP2, LLC; ARROWPOINT FUNDAMENTAL OPPORTUNITY FUND, LP;**

**AND ARROWPOINT STRUCTURED OPPORTUNITY FUND, LP,**

**CORPORATIONS ORGANIZED UNDER DELAWARE LAW,**

*Defendants-Appellees.*

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Case No. 1:10-cv-00161-GMS
The Honorable Gregory M. Sleet, United States Chief District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **ENTRY OF APPEARANCE** was caused to be served on the following counsel via the Clerk of the United States Court of Appeals for the Third Circuit by CM/ECF.

**VIA CM/ECF**

Michael W. Arrington
Parkowski, Guerke & Swayze
800 King Street, Suite 203
Wilmington, Delaware 19801
Tel: 302.594.3333
marrington@pgslegal.com

Robert W. Whetzel
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
302.651.7634
whetzel@rlf.com

Lewis D. Prutzman
Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, NY 10022
212.508.6739
prutzman@thsh.com

Jaclyn Grodin
Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, NY 10022
212.508.6700
grodin@thsh.com

Dated: October 6, 2014                    */s/ Matthew S. DeAntonio*
                                          Matthew S. DeAntonio